IN THE SUPREME COURT OF TEXAS

 No. 07-0114

 IN RE WELDON AND THENA KENNEDY AND LARRY D. AND SHERIDAN K. WATSON

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed February 13, 2007,
is granted. The order dated January 12, 2007, in Cause No. CV-05-1274,
styled Bobby J. Tipton v. Weldon Kennedy and Thena Kennedy and Larry Watson
and Sheridan Watson, in the County Court at Law No 2 of Parker County,
Texas, is stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., February 26, 2007.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 15, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk